RECEIVED
IN LAKE CHARLES, LA

AUG 10 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 09-00119** |
| **VERSUS** | * | **JUDGE MINALDI** |
| **WILSON NOEL VELASQUEZ** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Wilson Noel Velasquez, and adjudges him guilty of the offense charged in Count One of the Indictment against him.

THUS DONE AND SIGNED this 10 day of August, 2009, in Lake Charles, Louisiana.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE